| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Vince's Black Tie Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Black Tie Formalwear

**3. Debtor's federal Employer Identification Number (EIN)**  
75-3141788

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2512 Wisconsin Avenue** <br> **Downers Grove, IL 60515** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** <br> County | Location of principal assets, if different from principal place of business <br> **2512 Wisconsin Avenue Downers Grove, IL 60515** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.blacktietuxes.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Vince's Black Tie Inc.** _____    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Vince's Black Tie Inc.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Vince's Black Tie Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 11, 2017**
MM / DD / YYYY

X **/s/ Vincent P. Genova**                                   **Vincent P. Genova**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Laxmi P. Sarathy**                                    Date **December 11, 2017**
Signature of attorney for debtor                                       MM / DD / YYYY

**Laxmi P. Sarathy**
Printed name

**Laxmi P. Sarathy**
Firm name

**605 N. Michigan Avenue**
**Suite 421**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone **(312) 720-8464**      Email address **lsarathylaw@gmail.com**

**6297529**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Vince's Black Tie Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anny's Countryside Cleaners 761 W Golf Road Schaumburg, IL 60194 | | | | | | $6,090.90 |
| Arthur Johnson 33 34th Street PO Box 320205 Brooklyn, NY 11232 | | | | | | $72,960.05 |
| Blue Cross Blue Shield 300 E Randolph St Chicago, IL 60601-5099 | | | | | | $6,200.00 |
| Carlson Craft PO Box 8700 Mankato, MN 56002-8700 | | | | | | $4,574.00 |
| City of Chicago Department of Revenue P.O. Box 88292 Chicago, IL 60680 | | | | | | Unknown |
| Cutler & Company 155 Revere Drive Northbrook, IL 60062 | | | | | | $2,400.00 |
| DuBois Formalwear 127 S. Broadway Green Bay, WI 54303 | | | | | | $2,553.00 |
| FCGI 205 Chubb Ave., Blgd C Lyndhurst, NJ 07071 | | | | | | $56,323.00 |

Debtor **Vince's Black Tie Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gruppo Bravo Menswear**<br>4265 S Broadway<br>Los Angeles, CA 90037 | | | | | | $6,017.84 |
| **H&V Bravo, Inc.**<br>665 Brea Canyon Road<br>Walnut, CA 91789 | | | | | | $14,250.00 |
| **Internal Revenue Service**<br>Mail Stop 5010-CHI<br>230 South Dearborn<br>Chicago, IL 60604 | | various taxes including payroll taxes | Subject to Setoff | | | Unknown |
| **Jimmy Sales Neckwear Corp.**<br>243 44th Street<br>Brooklyn, NY 11232 | | | | | | $1,285.00 |
| **Joe's European Tailors & Cleaners**<br>7100 N. Sheridan<br>Chicago, IL 60626 | | | | | | $2,012.00 |
| **Lakeside Bank**<br>1055 W Roosevelt Road<br>Chicago, IL 60608 | | | | | | $300,000.00 |
| **Milroy's Tuxedos**<br>1216 Commercial Street<br>Waterloo, IA 50702 | | | | | | $13,045.52 |
| **Norgetown Cleaners**<br>156-K East Lake St.<br>Bloomingdale, IL 60108 | | | | | | $2,977.00 |
| **Office Depot**<br>PO box 88040<br>Chicago, IL 60680-1040 | | | | | | $1,703.00 |
| **Pure Silk Fabrics, Inc.**<br>141 Lanza Ave., Bldg 10<br>Garfield, NJ 07026 | | | | | | $1,714.00 |
| **SRG Fashion Corporation**<br>19-71 41st Street<br>Astoria, NY 11105 | | | | | | $14,528.00 |
| **Superfleet Mastercard**<br>PO Box 70995<br>Charlotte, NC 28272-0995 | | | | | | $1,576.00 |

Anny's Countryside Cleaners
761 W Golf Road
Schaumburg, IL 60194

DuBois Formalwear
127 S. Broadway
Green Bay, WI 54303

Lakeside Bank
1055 W Roosevelt Road
Chicago, IL 60608

Arthur Johnson
33 34th Street
PO Box 320205
Brooklyn, NY 11232

FCGI
205 Chubb Ave., Blgd C
Lyndhurst, NJ 07071

Milroy's Tuxedos
1216 Commercial Street
Waterloo, IA 50702

Bell Tuxedo
100 Ward Avenue
Trenton, NJ 08609

Federal Construction, Inc.
1550 DeMaisonneuve West
Suite 1010
Montreal Quebeck CA H3GIN2

Norgetown Cleaners
156-K East Lake St.
Bloomingdale, IL 60108

Blue Cross Blue Shield
300 E Randolph St
Chicago, IL 60601-5099

Gruppo Bravo Menswear
4265 S Broadway
Los Angeles, CA 90037

Office Depot
PO box 88040
Chicago, IL 60680-1040

Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255

H&V Bravo, Inc.
665 Brea Canyon Road
Walnut, CA 91789

Pure Silk Fabrics, Inc.
141 Lanza Ave., Bldg 10
Garfield, NJ 07026

Bridal Properties
104 W Main Street
Dundee, IL 60118

Harlem & Irving Investments
4104 N Harlem Ave
Harwood Heights, IL 60706

Realty World All-Pro
7134 W Grand Ave
Elmwood Park, IL 60707

Carlson Craft
PO Box 8700
Mankato, MN 56002-8700

Internal Revenue Service
Mail Stop 5010-CHI
230 South Dearborn
Chicago, IL 60604

Rodeo Drive Management Co
59 Eisenhower Ln S
Lombard, IL 60148

City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680

Jimmy Sales Neckwear Corp.
243 44th Street
Brooklyn, NY 11232

SRG Fashion Corporation
19-71 41st Street
Astoria, NY 11105

Cutler & Company
155 Revere Drive
Northbrook, IL 60062

Joe's European Tailors & Cleaners
7100 N. Sheridan
Chicago, IL 60626

Superfleet Mastercard
PO Box 70995
Charlotte, NC 28272-0995

Darwin Realty Group
970 N Oaklawn Ave, Ste 100
Elmhurst, IL 60126

John Kong
2657 N Clybourne Ave
2nd Floor
Chicago, IL 60614

Willowbrook Plaza, Inc.
c/o Property Solutions Group
205 North Michigan Avenue, Ste 85
Chicago, IL 60602

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vince's Black Tie Inc.**                                                    Case No.
                                    Debtor(s)                                         Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vince's Black Tie Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 11, 2017**                                    **/s/ Laxmi P. Sarathy**
Date                                                        **Laxmi P. Sarathy 6297529**
                                                            Signature of Attorney or Litigant
                                                            Counsel for **Vince's Black Tie Inc.**
                                                            **Laxmi P. Sarathy**
                                                            **605 N. Michigan Avenue**
                                                            **Suite 421**
                                                            **Chicago, IL 60611**
                                                            **(312) 720-8464 Fax:(312) 873-4774**
                                                            **lsarathylaw@gmail.com**