IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | Case No. 17-36681 |
| Vince's Black Tie, Inc. ) | Chapter 11 |
| Debtor ) | Judge Donald R. Cassling |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Laxmi P. Sarathy, one of Debtor's Counsel

Authorized to provide professional services to:  Debtor

Date of Order Authorizing Employment:  2/8/2018 (Retroactive 12/11/2017)

Amount of Fees Sought: $26,672.00

Amount of Expense Reimbursement Sought:  $159.90

This is a(n) Interim Application __  ___   Final Application __X___
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Allowed |
|---|---|---|---|
| 4/19/2018 | 12/11/2017-4/18/2018 | $23,148.67 | $21,279.67 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is $10,000.00 retainer

Date:  January 23, 2019

Application:  Laxmi P. Sarathy
By:  /s/ Laxmi P. Sarathy
One of Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. |
| Vince's Black Tie, Inc. | ) | Chapter 11 |
| Debtor | ) | Judge Donald R. Cassling |

## NOTICE OF MOTION

To:  **See Attached Service List**

PLEASE TAKE NOTICE that on the 14th Day of February, 2019, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Donald R. Cassling, Bankruptcy Judge in Room 619 of the United States Bankruptcy Court, in the Everett McKinley Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel, a copy of which is attached hereto and herewith served upon you, and shall move for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/ Laxmi P. Sarathy
3525 W. Peterson Blvd,
Suite 208,
Chicago, IL 60659
Tel:  312-674-7965
Fax:  312-873-4773

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 23rd Day of January, 2019, before the hour of 5:00 p.m.

/s/ Laxmi P. Sarathy

**SERVICE LIST**

US Trustee noticed via ECF pursuant to ILNB local rules
Chapter 7 Trustee Fogel noticed via ECF pursuant to ILNB local rules

Rockland MA 02370
**25550 Network Place**
Chicago, IL 60673

**Advance Me, Inc**
2015 Vaughn Rd Ste 500
Kennesaw GA 30144

**Anny's Countryside Cleaners**
761 W Golf Road
Schaumburg, IL 60194

**Arthur Johnson**
33 34th Street
PO Box 320205
Brooklyn, NY 11232

**AT&T**
PO Box 5014
Carol Stream IL 60197

**Better Containers**
530 Hyde Park
Hillside IL 60162

**Blue Cross Blue Shield**
25550 Network Place
Chicago, IL 60673-1255

**Can Capital Merchant Services**
2015 Vaughn Rd Suite 500
Kennesaw GA 30144

**Cap Call, LLC**
122 East 42nd St Suite 2112
New York NY 10168

**Carlson Craft**
PO Box 8700
Mankato, MN 56002-8700

**Cervelat Capital**
8605 Santa Monica Blvd #35697
West Hollywood CA 90069

**CFG Merchant Solutions, LLC**

**ADT Security Services**
2250 W Pinehurst Blvd, Suite 100
Addison, IL 60101

**Amcore Bank**
501 7th Street
Rockford IL 61110

**AST Security Services**
2250 W Pinehurst Blvd, Suite 100
Addison IL 60101

**Boerewors Finance**
8605 Santa Monica
Blvd #35697
West Hollywood CA 90069

**Bell Tuxedo**
100 Ward Avenue
Trenton, NJ 08609

**Blue Cross Blue Shield**
300 E Randolph St
Chicago, IL 60601-5099

**Bridal Properties**
104 W Main Street
Dundee, IL 60118

**Can Capital Merchant Services Inc**
414 w 14th St
New York NY 10014

**Capital Merchant Services, LLC**
1 Evertrust Plaza Suite 1401
Jersey City NJ 07302

**Carlson Craft**
1750 Tower Blvd
North Mankato MN 56003

**CFG Merchant Solutions, LLC**
85 Broad Street FL 18
New York NY 10004

**Chicago Deparment of Finance**

Erin J Kennedy Esq Forman Holt
66 Route 17 North
Paramus NJ 07652

Bulk Sales Unit - DePaul Center
333 S. State Street, Suite 300
Chicago, IL 60604

**Chicago Department of Revenue**
Bankruptcy Department
PO Box 88292
Chicago, IL 60680

**City of Chicago**
Department of Revenue
P.O. Box 88292
Chicago, IL 60680

**Clybourn Building Fund**
2647 N Clybourn
Chicago IL 60614

**Colonial Funding Network**
145 W 45th St 3rd Floor
New York NY 10036

**Colonial Funding Network**
2500 Discovery Blvd Suite 200
Rockwall TX 75032

**Colonial Funding Network**
120 45th St 2nd Floor
New York NY 10036

**Colonial Funding Network, Inc.**
Attn: Amy Starr
2500 Discovery Lane
Rockwall, TX 75032

**Federal Construction, Inc.**
1550 DeMaisonneuve West
Suite 1010
Montreal Quebeck CA H3GIN2

**Comcast Cable**
PO Box 3001
Southeastern PA 19398

**comed**
P.O. Box 6111
Carol Stream, IL 60197

**Complete Business Solutions Group, Inc.**
c/o Joe Cole
20 N. 3rd St.
Philadelphia, PA 19106

**Cook County Department of Revenue**
Tax Compliance Unit
118 N. Clark Street Room 1160
Chicago, IL 60602

**Complete Business Solutions Group**
22 N 3rd St
Philadelphia PA 19106

**Complete Business Solutions Group**
141 N 2nd Street
Philadelphia, PA 19106

**Cook County Dept of Revenue**
PO Box 94401
Chicago, IL 60690-4401

**Corporation Service Company**
PO Box 2576
Springfield IL 62708

**CT Lien Solutions**
PO Box 29071
Glendale, CA 91209-9071

**Cutler & Company**
155 Revere Drive
Northbrook, IL 60062

**Darwin Realty Group**
970 N Oaklawn Ave, Ste 100
Elmhurst, IL 60126

**DuBois Formalwear**
127 S. Broadway
Green Bay, WI 54303

**EHB Leasing, Inc.**
1184 Roosevelt Road
Glen Ellyn, IL 60137

**EULER HERMES N.A H & V BRAVO**
800 Red Brook Blvd, #400C
Owings Mills, MD 21117

**Faton, Inc**
1440 Coral Rdige Dr #110
Pompano Beach FL 33071

**FCGI**
205 Chubb Ave., Blgd C
Lyndhurst, NJ 07071

**Fed Ex**
Box 94515
Palatine, IL 60094-4515

**Fidelity Security/EyeMed FSL/EyeMed**
PO Box 632530
Cincinnati, OH 45263-2530

**Groot Industries, Inc**
PO Box 92257
Elk Grove Village, IL 60009-2257

**Gruppo Bravo Menswear**
4265 S Broadway
Los Angeles, CA 90037

**H&V Bravo, Inc.**
665 Brea Canyon Road
Walnut, CA 91789

**Harlem & Irving Investments**
4104 N Harlem Ave
Harwood Heights, IL 60706

**Harlem & Irving Investments Inc**
717 Ridge Road
Wilmette, IL 60091

**Harlem Furniture**
PO Box 659704
San Antonio, TX 78265-9704

**HMF Capital Group**
1820 Avenue M Ste 213
Brooklyn NY 11230

**Hyundai Finance**
PO Box 660891
Dallas, TX 75266-0891

**Hyundai Lease Titling Trust**
PO Box 20809
Fountain Valley, CA 92728

**Illinois Department of Revenue**
P.O. Box 19006
Springfield, IL 62794-9006

**Illinois Department of Employment Security**
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603
Attn. Amelia T. Yabes

**Illinois Department of Revenue**
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

**Illinois Department of Revenue**
Bulk Sales Unit
100 W Randolph Level 7-400
Chicago, IL 60601

**Internal Revenue Service**
Mail Stop 5010-CHI
230 South Dearborn
Chicago, IL 60604

**Internal Revenue Service**
PO Box 7346
Philadelphia PA 19101

**ITW Management, Inc.**
4313 E. New York St. Suite 111
Summit Argo, IL 60501

**Jimmy Sales Neckwear Corp.**
243 44th Street
Brooklyn, NY 11232

**Joe's European Tailors & Cleaners**
7100 N. Sheridan
Chicago, IL 60626

**John Kong**
2657 N Clybourne Ave, 2nd Floor
Chicago, IL 60614

**Kaplan, Papadakis & Gournis, LLP**
180 N LaSalle Street Suite 2108
Chicago, IL 60601

**Lakeside Bank**
300 N Lasalle St Suite 400

**Lakeside Bank**
1055 W Roosevelt Road

Chicago IL 60654

**Lexus Financial Services**
PO Box 4102
Carol Stream, IL 60197

**Milroy's Tuxedos**
1216 Commercial Street
Waterloo, IA 50702

**Nicor**
PO Box 5407
Carol Stream, IL 60197-5407

**Office Depot**
PO box 88040
Chicago, IL 60680-1040

**Office of U.S. Trustee**
219 S. Dearborn St. Ste 873
Chicago, IL 60604

**ProCredit**
548 Market St
#35697
San Francisco CA 94104

**Pure Silk Fabrics, Inc.**
141 Lanza Ave., Bldg 10
Garfield, NJ 07026

**Realty World All-Pro**
7134 W Grand Ave
Elmwood Park, IL 60707

**Rhino Services**
245 Townpark Dr Ste 400
Kennesaw GA 30144

**Rojo Capital**
548 Market St
San Francisco CA 94104

**Strategic Funding Source, Inc.**
Bankruptcy Correspondence Center
Attn: Amy Starr
2500 Discovery Lane
Rockwall, TX 75032

**Superfleet Mastercard**
PO Box 70995
Charlotte, NC 28272-0995

Chicago, IL 60608

**MetLife - Group Benefits**
PO Box 804466
Kansas City, MO 64180-4466

**ML Factors Funding LLC**
One University Plaza
Hackensack NJ 07601

**Norgetown Cleaners**
156-K East Lake St.
Bloomingdale, IL 60108

**Office Depot**
6600 N Military Trail
Boca Raton FL 33496

**People's Gas**
PO Box 19100
Green Bay, WI 54307-9100

**Property Solutions Group**
Willowbrook Plaza
900 S Frontage Road Ste 100
Woodridge, IL 60517

**Ready Refresh**
PO Box 856680
Louisville, KY 40285-6680

**Republic Service**
#551 PO Box 900154
Louisville, KY 40290-1154

**Rodeo Drive Management Co**
59 Eisenhower Ln S
Lombard, IL 60148

**SRG Fashion Corporation**
19-71 41st Street
Astoria, NY 11105

**Welbic III Downer's Grove
2500 LLC**
500 LLC PO Box 310570
Des Moines, IA 50331-0570

**The Clear Alternative**
PO Box 301
Winfield, IL 60190

**The Hanover Insurance Group**
PO Box 580045
Charlotte, NC 28258-0450

**Toyota Lease Trust**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**U.S. Bank National Association**
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

**Welbic III Downers Grove 2500 LLC**
Brotschul Potts LLC
30 N. LaSalle Suite 1402
Chicago, IL 60602

**Village of Glen Ellyn**
535 Duane Street
Glen Ellyn, IL 60137

**Toyota Lease Trust**
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

**Willowbrook Plaza, Inc.**
c/o Property Solutions Group
205 North Michigan Avenue, Ste 850
Chicago, IL 60602

**William Shepard**
141 west Jackson
Suite 2270
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE | ) | Case No. 17-36681 |
|---|---|---|
| Vince's Black Tie, Inc. | ) | Chapter 11 |
| Debtor ) | | Judge Donald R. Cassling |

### MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

Laxmi P. Sarathy, one of the attorneys for the Debtor, Vince's Black Tie, Inc., an Illinois Corporation makes her motion pursuant to Section 331 of the United States Bankruptcy Code ("Code") for the allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred from April 24, 2017, through August 28, 2018; and in support states as follows:

1. On December 11, 2017 ("Petition Date"), an order for relief was entered in the above-captioned bankruptcy case, pursuant to a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is an Illinois corporation which operated an upscale tuxedo rental and sales establishment for over ten years. The Debtor was a premiere supplier of tuxedo and suit rental and sales for men's apparel wear throughout the Chicago metropolitan area. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. On February 8, 2018, this Court entered an order authorizing the Debtor to retain Laxmi P. Sarathy and David Herzog as counsel in this Chapter 11 case, retroactive to December 11, 2017, with compensation subject to the further order of this Court.

4. By this Motion, Laxmi P. Sarathy requests allowance and payment of final compensation and reimbursement of expenses in the amounts of $26,622.00 in services and $159.90 in

expenses, respectively, for legal services rendered to the Debtor during the period April 24, 2018, through October 24, 2018. Itemization of the legal services rendered and the expenses incurred during the relevant period are attached to this Motion, attached as Exhibit A.

5. Laxmi P. Sarathy has received one prior allowance of interim compensation and expenses in this Chapter 11 case, in the total amount of $2,1279.67, on June 5, 2018. *See* Dkt 98.

6. Laxmi P. Sarathy received pre-petition retainers in the amounts of $10,000.00 prior to the Petition date, a portion of which was exhausted pre-petition, leaving a retainer balance as of the Petition Date which has been applied to the compensation allowed on June 5, 2018.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This matter is a "core proceeding within the meaning 28 U.S.C. § 157(b)(2)(A) and (O).

8. The statutory predicates for the relief requested in this Motion are §331 of the Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

9. Laxmi P. Sarathy is an attorney whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. She has significant experience and expertise in bankruptcy, reorganization and litigation matters.

10. Hourly rates usually charged by Ms. Sarathy are $300.00 per hour.

11. Representation of the Debtor is categorized in this Motion as follows:

    a. General Administration: Matters in this category include representing the Debtor with respect to general administration of this bankruptcy case. Such representation included preparation and filing of schedules, statement of financial affairs, motions to employ professionals, preparation, review and analysis of monthly operating reports, appearances at meetings at the Office of the United

    States Trustee, strategy conferences regarding creditors and other legal services provided in the general administration of the Debtor's Chapter 11 case. Counsel spent 21.71 hours in this category.

  b. Preference Lawsuits: Matters in this category include preparing, filing and prosecuting eight preference lawsuits against recipients with expected recovery to exceed $200,000. Counsel spent 54.95 hours in this category.

  c. Identification and recovery of post-petition transfers: Matters in this category include the identification and itemization of improper transfers, contact with Debtor's agent, and eventual drafting and filing of the Complaint. Counsel spent 12.25 hours in this category.

Attached to this Motion as Exhibit A is an itemization of legal services rendered.

12. During the course of the representation of the Debtor during the relevant period, Sarathy incurred expenses of $159.90. These expenses are itemized in Exhibit A.

13. Other than as provided in §504(b) of the Code, Sarathy has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

14. Sarathy asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. Sarathy further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

15. Sarathy asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

16. Sarathy submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, Laxmi P. Sarathy respectfully requests the entry of an Order:

(a) Allowing interim compensation and reimbursement of expenses in the amounts of $26,831.90.

(b) Directing the Chapter 7 trustee to pay said sums less the retainer in the amount of $26,831.90, and

(c) Granting such other relief as may be just and appropriate under the circumstances.

Dated: January 23, 2019

Respectfully Submitted,

By:/s/ Laxmi P. Sarathy
One of the counsel for Vince's Black Tie, Inc.

/s/ Laxmi P. Sarathy
3525 W. Peterson Blvd,
Suite 208,
Chicago, IL 60659
Tel: 312-674-7965
Fax: 312-873-4773